1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KATHRYN R. HAUN (DCBN 484131)
       Assistant United States Attorney
5      450 Golden Gate Avenue
       San Francisco, California  94102
6      Telephone: (415) 436-6740
       E-Mail: Kathryn.Haun@usdoj.gov
7
   Attorneys for the United States
8

9                     UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13
   UNITED STATES OF AMERICA,          )   Criminal No. CR 10-0015 VRW
14                                     )
            Plaintiff,                 )
15                                     )
        v.                             )   [PROPOSED] ORDER AND STIPULATION
16                                     )   EXCLUDING TIME FROM JANUARY 21,
                                       )   2010, TO MARCH 4, 2010
17 ANDRES ORTIZ-VALENCIA,              )
   a/k/a ANDRES ORTIZ,                 )
18 a/k/a MIGUEL ORTIZ-VALENCIA,        )
                                       )
19          Defendant.                 )
                                       )

20

21         The parties appeared before the Honorable Charles R. Breyer on January 21, 2010.  On

22 the motion of the parties, the Court found and held as follows:

23         1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24 3161, from January 21, 2010, to March 4, 2010, in light of the need for defendant's counsel to

25 conduct further investigation of facts relevant to this matter.  Failure to grant the requested

26 continuance would unreasonably deny defense counsel reasonable time necessary for effective

27 preparation, taking into account the exercise of due diligence and the need for counsel to conduct

28 [PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 10-0015 VRW

further investigation.  Failure to grant the requested continuance would also deny the defendant continuity of counsel.

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from January 21, 2010 to March 4, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from January 21, 2010 to March 4, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 21, 2010
                                        /s/
                                        JODI LINKER
                                        Counsel for Defendant

DATED: January 21, 2010
                                        /s/
                                        KATHRYN R. HAUN
                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 25, 2010



[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 10-0015 VRW                          2