AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA  
V.  
ANDRES ORTIZ VALENCIA

WAIVER OF INDICTMENT

CASE NUMBER: 10-015 VRW

I, ANDRES ORTIZ VALENCIA, the above named defendant, who is accused of

18 USC § 1001(a)(3), false statement

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/4/10 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

           Date

_AndRES ORtiZ_  
Defendant

_[signature]_  
Counsel for Defendant

Before _[signature]_  
Judicial Officer