BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ORTIZ-VALENCIA

FILED

NOV 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-10-015 VRW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER OF RELEASE |
| v. | ) |
| ANDRES ORTIZ-VALENCIA, | ) |
| Defendant. | ) |

The Court, having sentenced defendant Andres Ortiz-Valencia to time-served, hereby ORDERS that he be released from U.S. Marshal custody forthwith.

DATED: 11/4/2010

THE HONORABLE VAUGHN R. WALKER
CHIEF UNITED STATES DISTRICT COURT JUDGE